IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNA O. EASTERLY,

    Plaintiff,

vs.

DEPARTMENT OF THE ARMY, et al.,

    Defendants.

    /

No. CIV S-07-1259 LEW DAD PS

<u>ORDER DIRECTING CLERK TO SEND MATERIALS FOR SERVICE AND ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL</u>

    Plaintiff is proceeding pro se with this action alleging employment discrimination. The proceeding was referred to the undersigned pursuant to Local Rule 72-302(21) and 28 U.S.C. § 636(b)(1). By order filed July 2, 2007, the undersigned granted plaintiff's application to proceed in forma pauperis, denied plaintiff's motion to appoint counsel, and dismissed plaintiff's complaint with leave to amend. Plaintiff's timely filed amended complaint is before the court.

    IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to issue process and to send plaintiff (1) an instruction sheet for service of process by the United States Marshal, (2) a USM-285 form and summons for each of the three named defendants, as set forth below, and (3) an endorsed copy of plaintiff's amended complaint filed July 27, 2007.

/////

1

2. Plaintiff shall follow the instructions provided by the Clerk of the Court and shall submit the properly completed materials for service, along with a copy of this order, to the United States Marshal within twenty (20) days after being served with this order.

3. Within five (5) days after submitting the materials for service and copy of this order to the United States Marshal, plaintiff shall file a statement with the court advising the court of the date upon which the documents were submitted to the United States Marshal.

4. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants (1) Department of the Army; (2) Pete Geren, Secretary of the Army; and (3) Equal Employment Opportunity Commission (EEOC).

DATED: November 5, 2007.

                                                 /s/ Dale A. Drozd  
                                                 DALE A. DROZD  
                                                 UNITED STATES MAGISTRATE JUDGE

DAD:kw  
DDad1\orders.pro se\easterly1259.amcmplt.serve