IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNA O. EASTERLY,

    Plaintiff,                        No. CIV S-07-1259 LEW DAD PS

    vs.

DEPARTMENT OF THE ARMY,       <u>ORDER TO SHOW CAUSE</u>
et al.,

    Defendants.
_____/

        Plaintiff is proceeding with this action pro se and in forma pauperis.  By order filed and served November 6, 2007, plaintiff was provided with materials and instructions for service of process on defendants.  Plaintiff was ordered to submit all required materials to the United States Marshal within twenty days after the order was served.  Plaintiff was further ordered to file a statement, within five days after submitting the materials to the Marshal, advising the court of the date upon which she submitted the required documents to the Marshal.

        Plaintiff's time for submitting materials for service to the Marshal expired on November 29, 2007, twenty days after the order was served by the Clerk plus the three additional days that are added when documents are served by mail.  <u>See</u> Fed. R. Civ. P. 6(d).  At the very latest, plaintiff's time for filing a statement with the court expired on December 6, 2007, five court days after November 29, 2007.  <u>See</u> Fed. R. Civ. P. 6(a)(2) & (3).  Plaintiff has not filed a

1

1 statement indicating the date on which she submitted all required materials to the Marshal for
2 service on defendants.
3       IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within
4 fifteen days after this order is filed, why this case should not be dismissed for lack of
5 prosecution.  Any written response must be accompanied by plaintiff's statement advising the
6 court of the date on which she submitted all required documents to the United States Marshal.
7 Plaintiff is cautioned that failure to comply with this order in a timely manner will result in a
8 recommendation that the district judge assigned to this case dismiss the action without prejudice
9 for lack of prosecution.
10 DATED: December 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\easterly1259.osc