McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720
Facsimile:    (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA O. EASTERLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY; PETE GEREN, Secretary of the Army; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Defendants. | Case No. 2:07-cv-01259 JAM-DAD PS<br><br>ORDER TO CONTINUE HEARING ON MOTION TO AMEND AMENDED COMPLAINT<br><br>Old Date:<br>Date:　　　　September 19, 2008<br>Time:　　　　10:00 a.m.<br><br>New Date:<br>Date:　　　　September 26, 2008<br>Time:　　　　10:00 a.m.<br>Courtroom:　　27, 8th Floor<br>Judge:　　　　Hon. Dale A. Drozd |

　　　WHEREFORE, upon stipulation of the parties the hearing on plaintiff Joanna O. Easterly's Motion to Amend Amended Complaint shall be continued from September 19, 2008 to September 26, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/easterly1259.ord

1