IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNA O. EASTERLY,

    Plaintiff,                        No. CIV S-07-1259 JAM DAD PS

    v.

DEPARTMENT OF THE ARMY, et al.,

    Defendants.               <u>ORDER</u>

        /

        Plaintiff, proceeding pro se, filed the above-entitled action alleging employment discrimination. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 9, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2008, are adopted in full;

2. Defendants' March 18, 2008 motion to dismiss is granted as follows:

    a. Defendants Department of the Army, Equal Employment Opportunity Commission, and Does 1-50 are dismissed from this action with prejudice;

    b. All claims under (i) the Family Medical Leave Act, (ii) the Americans With Disabilities Act, (iii) 42 U.S.C. §§ 1983 and 1985, (iv) the Due Process Clauses of the Fifth and Fourteenth Amendments; (v) 18 U.S.C. § 245, and (vi) 28 U.S.C. § 1343 are dismissed with prejudice;

    c. Title VII and Rehabilitation Act claims based on denial of a quality step increase, a negative performance evaluation, and transfer to a different section at a lower grade are dismissed with prejudice; and

    d. All remaining Title VII and Rehabilitation Act claims of discrimination, sexual harassment, hostile work environment, and retaliation shall proceed solely against defendant Secretary of the Army; and

3. Defendant Secretary of the Army shall file and serve an amended answer to plaintiff's first amended complaint within fifteen days after this order is filed.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/easterly1259.jo