IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNA O. EASTERLY,

     Plaintiff,                        No. CIV S-07-1259 JAM DAD PS

     v.

DEPARTMENT OF THE ARMY, et al.,

                                  <u>ORDER</u>

     Defendants.

_____/

     This matter came before the court on September 26, 2008, for hearing of plaintiff's motion to amend her first amended complaint. Joanna O. Easterly, proceeding pro se, appeared on her own behalf. Lynn Trinka Ernce, Esq. appeared on behalf of the defendants.

     The court considered all written materials filed in connection with plaintiff's motion, the parties' arguments at the hearing, and the entire file. For the reasons stated in open court, plaintiff's motion is denied without prejudice. No further motion to amend shall be filed until the assigned district judge has ruled on defendants' motion to dismiss, now pending before the district judge with findings and recommendations filed May 9, 2008. After the district judge rules on the motion to dismiss, the undersigned will set a status conference at which amendment of pleadings will be one of the topics addressed.

/////

1  IT IS HEREBY ORDERED that plaintiff's August 13, 2008 motion (Doc. No. 22)
2 to amend the first amended complaint is denied without prejudice.
3 DATED: September 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.pro se/easterly1259.mta.oah