McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720

Attorneys for Defendant Pete Geren
Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA O. EASTERLY, | Case No. 2:07-cv-1259 JAM DAD PS |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE; ORDER** |
| v. | |
| PETE GEREN, Secretary of the Army, | Old Date:<br>Date:        November 7, 2008<br>Time:        11:00 a.m. |
| Defendant. | New Date:<br>Date:        November 14, 2008<br>Time:        11:00 a.m.<br>Courtroom:  27, 8th Floor<br>Judge:       Hon. Dale A. Drozd |

1

1        The parties hereby stipulate and agree that the pretrial scheduling conference in this case

2   shall be shall be continued from November 7, 2008 to November 14, 2008 at 11:00 a.m.

3   DATED:  November 3, 2008             McGREGOR W. SCOTT
                                    United States Attorney
4

5                               By:  */s/ Lynn Trinka Ernce*
                                LYNN TRINKA ERNCE
6                                   Assistant United States Attorney

7   DATED:  November 3, 2008

8                               By:  */s/ Joanna O. Easterly*
                                JOANNA O. EASTERLY

9

10   **IT IS SO ORDERED.**

11   **DATED:  November 4, 2008.**

12   

13   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

14   **Ddad1/orders.prose/easterly1259.stipord**

15

16

17

18

19

20

21

22

23

24

25

26

27

28