UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                    **JUDGMENT IN A CIVIL CASE**

**JOANNA O. EASTERLY,**

                                    CASE NO: **2:07–CV–01259–JAM–DAD**

      v.

**PETE GEREN, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 4/29/2010**

                                                            **Victoria C. Minor**
                                                            Clerk of Court

    ENTERED: **April 29, 2010**

                                                by: /s/ M. Marciel
                                                             Deputy Clerk